UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WILLIAMS MITCHELL-ZULU,<br><br>                              Plaintiff,<br><br>     -against-<br><br>UNITED STATES OF AMERICA; UNITED STATES SUPREME COURT; UNITED STATES CONGRESS,<br><br>                              Defendants. | 21-CV-7129 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 23, 2021, the Court directed Plaintiff, within thirty days, to either pay the $402.00 in fees that are required to file a civil action in this Court or submit a completed request to proceed *in forma pauperis* ("IFP") and, if incarcerated, a prisoner authorization. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 18, 2021
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge